UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| ACUITY, a Mutual Insurance Company, a/s/o Hartford Inns, L.L.C., d/b/a AmericInn Hotel & Suites Hartford,<br><br>Plaintiff,<br><br>vs.<br><br>GOODMAN MANUFACTURING COMPANY; WHIRLPOOL CORPORATION, d/b/a Amana; and SECURITY FIRE SPRINKLER, LLC,<br><br>Defendants. | CIV 23-4009<br><br>JUDGMENT OF DISMISSAL |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Based upon the Joint Motion to Dismiss, Doc. 30, it is hereby,

ORDERED, ADJUDGED AND DECREED that the Plaintiff's Complaint against Defendants is dismissed on the merits, without prejudice, each party to bear its own costs and fees.

Dated this 11th day of March, 2024.

BY THE COURT:

_____
Lawrence L. Piersol
United States District Judge

ATTEST:
MATTHEW THELEN, CLERK

_____